create the very discriminatory result that occurred." *Id.* at 771 (emphasis supplied).

The factual situations in those cases are dramatically different from that in the present case, in which the district line was not changed at all in 1981 based on the recognition that blacks could not form a majority in the 52nd and/or 53rd Districts. I would also note that the majority contends that the lines were drawn in 1971 with discriminatory intent, (Opinion at 1083), but fails to cite any evidence, either direct or circumstantial, of such animus.

V. Conclusion

For the reasons set forth above, I respectfully dissent from the majority's opinion.[15]

### ORDER

BATCHELDER, District Judge.

Because the majority's ruling in this case requires that the Court retain jurisdiction over this matter pending the drawing of new district lines for the Ohio House of Representatives districts, this case now presents the potential for a conflict of interest for me. Accordingly, I hereby recuse myself from any further participation in the matter, and I have this day advised the Chief Judge of the Circuit of this in order that he may determine whether another judge of the District Court shall be appointed to serve on this panel.

IT IS SO ORDERED.

---

**Ezell ARMOUR, et al., Plaintiffs,**

v.

**The STATE of OHIO, et al., Defendants.**

**No. 88CV1104Y.**

United States District Court,
N.D. Ohio, E.D.

Sept. 4, 1991.

Percy Squire, Bernadette J. Bollas, Bricker & Eckler, Columbus, Ohio, Robert A. Douglas, Sr., Youngstown, Ohio, for plaintiffs.

Andrew I. Sutter, Catherine M. Cola, Theresa R. Schaefer, Atty. Gens. Office, Columbus, Ohio, for defendants.

Before NATHANIEL R. JONES, Circuit Judge, JOHN W. PECK, Senior Circuit Judge, and BATCHELDER, District Judge.

**Mary R. HILL, Plaintiff,**

v.

**JUDSON RETIREMENT COMMUNITY, Defendant.**

**No. C88–3956.**

United States District Court,
N.D. Ohio, E.D.

Sept. 13, 1991.

---

**15.** Because I find that neither Section 2 nor the Fifteenth Amendment has been violated, I have no occasion to address the majority's conclusion that blacks could elect candidates of their choice in a reconfigured district.